**Wade STEPNEY, Jr., Plaintiff–Appellant,**

v.

**Dr. R. NEVILLE, SCDC KCI R & E; Dr. Lewis, SCDC PCI; Nurse Bishop, SCDC PCI; Dr. Payam Yousefiam, Providence N.E. Family Care; Warden L. Cartlidge, SCDC PCI; Associate Warden Claytor, SCDC PCI; Associate Warden Mooney, SCDC PCI; Dr. Monnique Singleton, OCCRDC, Defendants–Appellees.**

No. 14–7477.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2015.

Decided: Feb. 27, 2015.

Wade Stepney, Jr., Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Poston, Hemphill & Roper, LLC, Greenwood, South Carolina; Lydia L. Magee, Marian Williams Scalise, Bruce Hendricks Smith, Richardson, Plowden & Robinson, PA, Myrtle Beach, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Stepney, Jr., appeals the district court's order accepting the recommendation of the magistrate judge to grant the Defendants' motions for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stepney v. Neville,* No. 1:13–cv–03073–JMC (D.S.C. Sept. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*